UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 2:16-cv-02257-JCM-CWH |
| Plaintiff, | |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al, | **ORDER** |
| Defendants. | |

Presently before the Court is Defendant The Foothills at MacDonald Ranch Master Association's motion to strike (ECF No. 27), filed on January 19, 2017. Counter Claimant SFR Investments Pool 1, LLC filed a response (ECF No. 29) on January 19, 2017. Defendant filed a reply (ECF No. 32) on January 27, 2017.

Defendant moves this Court to strike SFR's response (ECF No. 25) to Defendant's motion to dismiss, arguing that SFR has no standing to submit a response.

Under Local Rule 7-2, all written motions before the court must be supported by a memorandum of points and authorities. The failure of a party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. SFR's response (ECF No. 29) cites no supporting points or authorities, providing no basis for this Court to deny Defendant's motion.

//
//
//
//
//
//
//

1

IT IS THEREFORE ORDERED that Defendant's motion to strike (ECF No. 27) is GRANTED. The Clerk of Court shall STRIKE SFR's response (ECF No. 25) to Defendant's motion to dismiss.

DATED: January 30, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

2