James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 2:16-CV-2257 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| SFR INVESTMENTS POOL I, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Wells Fargo Bank, N.A. v. SFR Investments Pool 1, LLC et al.*, case number 2:16-cv-02257-JCM-CWH.

The court granted the parties' stipulation, wherein they stipulated to stay all proceedings in the instant case pending final resolution of certiorari proceedings before the United States Supreme Court for *Bourne Valley Court Trust v.Wells Fargo Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016), and *Saticoy Bay LLC Series 350 Durango 104 v. Wells Fargo Home Mortgage, a Div. of Wells Fargo Bank, N.A.*, 133 Nev. Adv. Op. 5, --- P.3d ----, 2017 WL 398426 (Nev. Jan. 26, 2017). (ECF Nos. 40, 41).

The deadline to file a petition for certiorari in *Bourne Valley* is March 6, 2017, whereas the deadline in *Saticoy Bay* is April 26, 2017.  (ECF No. 40 at 3).

If a petition for certiorari is filed in either case, the parties shall file a status report no later than May 4, 2017, and shall file a status report every 60 days thereafter until the final resolution of certiorari proceedings.

If no petitions are filed, the instant stay will be lifted on May 4, 2017, and on that same date, the parties shall file a joint status report proposing new deadline dates for the matters impacted by the stay.

1     Accordingly,

2     IT IS HEREBY ORDERED that the parties shall file a status report no later than May 4, 2017, consistent with the foregoing.

    IT IS FURTHER ORDERED that SFR's countermotion to stay (ECF No. 39) be, and the same hereby is, DENIED as moot.

    DATED February 16, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**