UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 2:16-cv-02257-JCM-CWH |
| Plaintiff, | |
| v. | ORDER |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendants. | |

Presently before the court is the matter of *Wells Fargo Bank, N.A. v. SFR Investments Pool 1, LLC et al.*, case number 2:16-cv-02257-JCM-CWH.

On February 15, 2017, the magistrate judge granted the parties' stipulation, wherein they stipulated to stay all proceedings in the instant case pending final resolution of certiorari proceedings before the United States Supreme Court for *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016), and *Saticoy Bay LLC Series 350 Durango 104 v. Wells Fargo Home Mortgage, a Div. of Wells Fargo Bank, N.A.*, 133 Nev. Adv. Op. 5, --- P.3d ----, 2017 WL 398426 (Nev. Jan. 26, 2017). (ECF Nos. 40, 41).

The court is continuing to process cases involving quiet title claims under Chapter 116 of the NRS. Therefore, the instant stay is hereby lifted.

Accordingly,

IT IS HEREBY ORDERED that the instant stay be, and the same hereby is, LIFTED.

IT IS FURTHER ORDERED that briefing shall proceed as follows:

- Wells Fargo Bank, N.A.'s ("Wells Fargo") reply to SFR Investments Pool 1, LLC's ("SFR") response (ECF No. 38) to Wells Fargo's motion to dismiss (ECF No. 33) is due by **May 11, 2017**; and

1        •      Wells Fargo's response to SFR's motion for summary judgment (ECF No.

2            37) is due by **May 25, 2017**, and SFR's reply is due fourteen (14) days

3            thereafter.

4      IT IS FURTHER ORDERED that no later than **May 18, 2017**, the parties shall meet and

5 confer and file a proposed discovery plan/scheduling order in accordance with LR 16-1.

6      DATED THIS 4th day of May, 2017.

7

8                           JAMES C. MAHAN

9                           UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28