# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 2:16-CV-2257 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| SFR INVESTMENTS POOL I, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Wells Fargo Bank, N.A. v. SFR Investments Pool 1, LLC et al.*, case number 2:16-cv-02257-JCM-CWH.

On May 18, 2017, plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and defendant SFR Investments Pool 1, LLC ("SFR") filed a stipulation to stay litigation pending the outcome of mediation between Wells Fargo and former defendant Foothills at MacDonald Ranch Master Association (the "HOA"). (ECF No. 49). On May 19, 2017, the magistrate judge granted the stipulation to stay. (ECF No. 51).

The HOA, however, is no longer a party to the instant action pursuant to the court's order dated May 9, 2017 (ECF No. 45), wherein the court dismissed Wells Fargo's claims against the HOA. Accordingly, the stay is hereby lifted.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Briefing will proceed as follows: (1) replies to Wells Fargo's motion to dismiss (ECF No. 33) are due on or before June 8, 2017; (2) responses to SFR's motion for summary judgment (ECF No. 37) are due by June 22, 2017, with replies due fourteen (14) days thereafter; and (3) proposed amended discovery plan and scheduling order is due by June 22, 2017.

Accordingly,

IT IS SO ORDERED.

DATED June 1, 2017.

                                                  James C. Mahan
UNITED STATES DISTRICT JUDGE