John S. Delikanakis, Esq.
Nevada Bar No. 5928
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: jdelikanakis@swlaw.com
　　　 kdove@swlaw.com
　　　 kbeverly@swlaw.com

*Attorneys for Plaintiff/ Counter-Defendant/Cross-Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; HOMEOWNER ASSOCIATION SERVICES, INC., a Nevada corporation; THE FOOTHILLS AT MACDONALD RANCH MASTER ASSOCIATION, a Nevada non-profit corporation;, <br><br>　　　　Defendants. | Case No. 2:16-cv-02257-JCM-CWH <br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION** |
| SFR INVESTMENTS, POOL 1, LLC, a Nevada limited liability company, <br><br>　　　　Counter-Claimant, <br><br>vs. <br><br>WELLS FARGO BANK, N.A., a national banking association; TRANSUNION SETTLEMENT SOLUTIONS, <br><br>　　　　Counter-Defendant/Cross-Defendant. | |

4828-8614-6489

It is hereby stipulated and agreed by and between the Plaintiff/Counter-Defendant Wells Fargo Bank, N.A. and Defendant/Counter-Claimant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties") by and through their respective counsel that all claims in this action between the Parties will be dismissed with prejudice.

Nothing in this Stipulation is intended to or should be construed to affect SFR's existing claims, or judgments against any other party to this action.

Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 13th day of April, 2020

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
   John S. Delikanakis, Esq.
   Nevada Bar No. 5928
   Kelly H. Dove, Esq.
   Nevada Bar No. 10569
   3883 Howard Hughes Pkwy, Suite 1100
   Las Vegas, Nevada 89169
  *Attorneys for Wells Fargo Bank, N.A.*

DATED this 13th day of April, 2020

KIM GILBERT EBRON

By: */s/ Jacqueline A. Gilbert*
   Jacqueline A. Gilbert, Esq.
   Nevada Bar No. 10593
   Diana S. Ebron, Esq.
   Nevada Bar No. 10580
   Karen L. Hanks, Esq.
   Nevada Bar No. 9578
   7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
  *Attorneys for SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED.

DATED: April 13, 2020

_____
U.S. DISTRICT COURT JUDGE

4828-8614-6489

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS LITIGATION** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Diana S. Ebron, Esq.
Karen L. Hanks, Esq.
Jacqueline A. Gilbert, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Telephone: 702-485-3300
Facsimile: 702-485-3301
diana@kgelegal.com
Karen@kgelegal.com
Jackie@kgelegal.com
*Attorneys for Defendant SFR Investments Pool 1, LLC*

DATED:  April 13, 2020

                    */s/ Maricris Williams*
                      An employee of Snell & Wilmer L.L.P.

4828-8614-6489